IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION

| | | |
|---|---|---|
| **MARCO HAYES,** | : | |
| Petitioner | : | |
| v. | : | **CASE NO. 6:03-CR-20 (HL)** |
| | : | **28 U.S.C. § 2255** |
| **UNITED STATES OF AMERICA ,** | : | |
| Respondent | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 258) filed December 22, 2005 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objection was filed by the petitioner to the Magistrate Judge's Recommendation within the time allowed.

**SO ORDERED,** this the 6th day of February, 2006.

s/ Hugh Lawson
**HUGH LAWSON, Judge**
**United States District Court**