# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# THOMASVILLE DIVISION

| | |
|---|---|
| **MARCO HAYES** | : |
| | : |
| Petitioner, | : |
| | : |
| v. | :   Criminal Action No. 6.03-cr-20 (HL) |
| | : |
| **UNITED STATES OF AMERICA,** | : |
| | : |
| Respondent. | : |

_____

## ORDER

Before the Court is a "Response" (Doc. # 268) filed by Petitioner Marco Hayes ("Hayes") to the Recommendation (Doc. # 258) filed by the United States Magistrate Judge on December 22, 2005.[1] Having read and fully considered Hayes' objections, the Court finds them to be without merit. Accordingly, the Court finds no reason to reconsider or set aside its earlier decision (Doc. # 262) to approve, adopt and make an order of the Court the Magistrate's Recommendation.

SO ORDERED, this the 9th day of May, 2006.

                                                        s/     Hugh Lawson
                                                        **HUGH LAWSON, JUDGE**

pdl

---

[1] The Court allowed Hayes to file this ostensibly untimely Objection to the Magistrate's Report and Recommendation based on the reasoning espoused in its Order of March 29, 2006. (Doc. # 266.)